IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROBERT PIERRE KIDD,

    Plaintiff,                            JUDGMENT IN A CIVIL CASE

v.                                             17-cv-660-jdp

L. CASS TERRY and
MILLER & STANSBERRY S.C.,

    Defendants.

      This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case under *Heck v. Humphrey*, 512 U.S. 477 (1994).

/s/                                                  4/20/2018

Peter Oppeneer, Clerk of Court               Date